# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>CALEB DOANE,<br><br>Defendant. | Case No. 2:18-cr-00281-MMD-PAL<br><br>ORDER |

Before the Court is Defendant Caleb Doane's motion for early termination of supervised release ("Motion"). (ECF No. 5.) The government opposes Doane's Motion (ECF No. 6.) For the reasons discussed herein, the Court denies Doane's Motion.

On May 8, 2017, Doane was sentenced to 6 months to run concurrent on two counts—conspiracy to possess with intent to distribute anabolic steroids and conspiracy to commit money laundering—followed by 3 years of supervised release in the Northern District of New York. (ECF No. 1.) Doane commenced supervision on April 13, 2018. Probation reports that Doane has been compliant with all conditions of supervised release, has a stable residence and is currently employed. However, probation recommends against granting early termination due to the length of Doane's time on supervised release of about a year when the presumption in favor of recommending early termination requires 18 months of supervised release. As noted, the government similarly opposes early termination.

18 U.S.C. § 3583(e)(1) provides that the Court may, after considering the relevant § 3553(a) factors, terminate supervised release at any time after a defendant has completed one year of supervised release. The court must be satisfied that early termination is warranted by the defendant's conduct, and in the interest of justice.

///

The Court agrees with probation and the government that early termination should be denied at this time. Doane has been compliant with conditions of supervised release for the approximately one year period that he has been on supervised release, and the Court commends him for his conduct. However, Doane provides no compelling reason to support his request, and the Court finds that the interest of justice does not warrant early termination of supervised release.

It is therefore ordered that Doane's motion for early termination of supervised release (ECF No. 5) is denied without prejudice to Doane filing another motion after he has been on supervised release for 18 months, and provided that he continues to comply with all conditions of supervision.

DATED THIS 15th day of May 2019.

---

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE